IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-13843

_____

D.C. Docket No. 9:08-cv-80736-KAM

In re: COURTNEY WILD,

                                    Petitioner.

_____

On Petition for Writ of Mandamus to the United States District Court for the
Southern District of Florida

_____

Before WILLIAM PRYOR, Chief Judge, WILSON, MARTIN, JILL PRYOR,
NEWSOM, BRANCH, LUCK, LAGOA, and BRASHER, Circuit Judges.*

        A petition for rehearing having been filed and a member of this Court in

active service having requested a poll on whether this case should be reheard en

banc, and a majority of the judges of this Court in active service who are not

disqualified having voted in favor of granting rehearing en banc, IT IS ORDERED

that this case will be reheard en banc.  The panel's opinion is VACATED.

_____

        *Judges Jordan, Rosenbaum, and Grant recused themselves and did not participate in the
poll.